LOUISA SIMS, Respondent, *v.* HENRY B. BROWN, Appellant.

(Argued March 31, 1876; decided April 11, 1876.)

*N. Morey* for the appellant.

*E. Thayer* for the respondent.

Agree to affirm order and for judgment absolute against defendant.
All concur.
Order affirmed and judgment accordingly.

---

WILLIAM KIDD et al., Appellants, *v.* MAHALA D. BOTTOM, impleaded, etc., Respondent.

(Submitted March 31, 1876 ; decided April 11, 1876.)

*W. C. Rowley* for the appellants.

*George F. Danforth* for the respondent.

Agree to affirm on opinion of referee.
All concur.
Judgment affirmed.

---

EDWARD W. VANDERBILT, Administrator, etc., et al., Appellants, *v.* MARGARET E. ARMSTRONG, et al., Respondents.

(Argued March 31, 1876 ; decided April 11, 1876.)

*Richard H. Huntley* for the appellants.

*D. T. McMahon* for the respondents.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.